**GREENBERG TRAURIG, LLP**
200 Park Avenue
P.O. Box 677
Florham Park, New Jersey 07932-0677
(973) 360-7900
Attorneys for Plaintiff
The Weinberg Family Limited Partnership

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE WEINBERG FAMILY LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>- against -<br><br>CLEARVISION, INC.; JOE DAVIS, an individual; and JOHN DOES, 1-20, their heirs, devisees and personal representatives and his, their or any of their successors in right, title and interest, the names of the last twenty defendants being unknown to Plaintiffs, the persons or parties intended to be any person in tenancy, possession of or claiming an interest of any kind, in or against the property described in the complaint, and whose interest may not be protected under applicable emergency rent laws,<br><br>Defendants. | Civil Action No.: 2:09-cv-05109 (PGS)(ES)<br><br>**ORDER AND FINAL JUDGMENT FOR MONEY DAMAGES** |

Defendants Clearvision, Inc. and Joe Davis ("Defendants"), having been duly served with the Summons and Complaint and the Defendants having not answered or otherwise appeared in this matter and the Court having entered a default on the docket on or about July 16, 2010, and the Plaintiff, having filed Certifications setting forth the particular statements of the items of the claims, for good cause shown:

IT IS on this 3rd day of February, 2011

ORDERED that final judgment by default in the amount of $50,308.39, inclusive of pre-judgment interest through June 1, 2010, attorneys' fees and costs, be entered against Defendants, jointly and severely; and it is further

ORDERED that lawful interest from June 1, 2010 at a rate in accordance with court practices on all sums due, together with costs to be taxed, including lawful counsel fees shall continue to accrue until payment is made in full; and it is further

ORDERED that a copy of this Order shall be served upon all parties within five (5) days from the date of receipt.

_____
PETER G. SHERIDAN, U.S.D.J.

February 3, 2011